UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MERCK EPROVA AG and
MERCK KGaA

                    Plaintiffs,

-vs.-

PROTHERA, INC.

                    Defendant.

07 CV ____



RULE 7.1 STATEMENT
OF PLAINTIFF
MERCK EPROVA AG

Pursuant to Fed. R. Civ. P. 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff Merck Eprova AG, certifies that, to the best of its knowledge:

1. Merck Eprova AG is a subsidiary of Merck KGaA.

2. No publicly held corporation other than Merck KGaA currently holds more than 10% of the voting securities of Merck Eprova AG.

Dated: January 3, 2008

Robert E. Hanlon (RH 8794)
Thomas J. Parker (TP 7219)
Alston & Bird LLP
90 Park Avenue
New York, New York 10016
Tel: 212-210-9400
Fax: 212-210-9444
robert.hanlon@alston.com
thomas.parker@alston.com

*Attorneys for Plaintiff Merck Eprova AG and Merck KGaA*