

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MERCK EPROVA AG and
MERCK KGaA

                           **Plaintiffs,**

-vs.-

PROTHERA, INC.

                           **Defendant.**

07 CV ____

RULE 7.1 STATEMENT
OF PLAINTIFF
MERCK KGaA

---

        Pursuant to Fed. R. Civ. P. 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff Merck KGaA, certifies that, to the best of its knowledge:

1. Merck KGaA is a subsidiary of E. Merck OHG.

2. No publicly held corporation holds more than 10% of the voting securities of Merck KGaA.


Dated: January 3, 2008

                                                   /s/

Robert E. Hanlon (RH 8794)
Thomas J. Parker (TP 7219)
Alston & Bird LLP
90 Park Avenue
New York, New York 10016
Tel: 212-210-9400
Fax: 212-210-9444
robert.hanlon@alston.com
thomas.parker@alston.com

*Attorneys for Plaintiff Merck Eprova AG and Merck KGaA*