ECF CASE Document #

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
MERCK EPROVA AG and MERCK KGaA,

                      Plaintiffs,

    -against-

PROTHERA, INC.,

                      Defendant.
----------------------------------------------------------------------X

08 CV 00035 (RMB)

**RULE 7.1 STATEMENT**

    Pursuant to Federal Rule of Civil Procedure 7.1 and to enable the District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendants, ProThera, Inc., a private non-governmental party, certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

NONE

Dated: New York, New York
       March 3, 2008

                        S/James N. Blair
                        James N. Blair (JB 6745)
                        Snow Becker Krauss
                        605 Third Avenue 25th Floor
                        New York, NY 10158
                        Tel:    212-455-0326

                        Joshua King
                        Graybeal Jackson Haley LLP
                        155 – 108th Avenue NE, Suite 350
                        Bellevue, WA  98004-5973
                        Tel:    425-455-5575
                        Fax:   425-455-1046

                        Co-counsel for Defendant, ProThera, Inc.