UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MERCK EPROVA AG and MERCK KGaA,

                                Plaintiffs,

        -against-

PROTHERA, INC.,

                                Defendant.
------------------------------------------------------------------X

08 CV 00035 (RMB)

**MOTION TO ADMIT COUNSEL**
**PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, James N. Blair, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

| | |
|---|---|
| Applicant's Name: | Joshua King |
| Firm Name: | Graybeal Jackson Haley LLP |
| Address: | 155-108th Avenue, NE |
| | Suite 350 |
| | Bellevue, WA  98004 |
| Telephone: | 425-455-5575 |
| Facsimile: | 425-455-1046 |

Joshua King is a member in good standing of the Bar of the States of Washington.

There are no pending disciplinary proceeding against Joshua King in any State or Federal court.

Dated: March 4, 2008
       New York, NY

Respectfully Submitted,

By: _____
James N. Blair (JB6745)
Snow Becker Krauss P.C.
605 Third Avenue, 25th Floor
New York, NY 10158
Tel. 212-455-0326
Fax  212-949-7052

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
MERCK EPROVA AG and MERCK KGaA,

                              Plaintiffs,

    -against-

PROTHERA, INC.,

                              Defendant.
-------------------------------------------------------------------X

08 CV 00035 (RMB)

**MOTION TO ADMIT COUNSEL**
**PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, James N. Blair, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

|  |  |
|---|---|
| Applicant's Name: | Joshua King |
| Firm Name: | Graybeal Jackson Haley LLP |
| Address: | 155-108th Avenue, NE |
|  | Suite 350 |
|  | Bellevue, WA  98004 |
| Telephone: | 425-455-5575 |
| Facsimile: | 425-455-1046 |

Joshua King is a member in good standing of the Bar of the States of Washington.

There are no pending disciplinary proceeding against Joshua King in any State or Federal court.

Dated: March 4, 2008
      New York, New York

                                         Respectfully Submitted,

                                         By: _____
                                                James N. Blair (JB6745)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MERCK EPROVA AG and MERCK KGaA,

                        Plaintiffs,

    -against-

PROTHERA, INC.,

                        Defendant.
------------------------------------------------------------X

08 CV 00035 (RMB)

**AFFIDAVIT OF JAMES N. BLAIR IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

STATE OF NEW YORK   )
                             )ss:
COUNTY OF NEW YORK )

    James N. Blair, being duly sworn, hereby deposes and says as follows:

    1.    I am of counsel at Snow Becker Krauss P.C., counsel for Defendant in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant's motion to admit Joshua King as counsel pro hac vice to represent Defendant in this matter.

    2.    I am a member in good standing of the bar of the State of New York, and was admitted to practice law on September 10, 1971. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

    3.    I have known Joshua King since 2008.

    4.    Mr. King is of Counsel at Graybeal Jackson Haley LLP, Bellevue, Washington.

    5.    I have found Mr. King to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

    6.    Accordingly, I am pleased to move the admission of Joshua King, pro hac vice.

    7.    I respectfully submit a proposed order granting the admission of Joshua King, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Joshua King, pro hac vice, to represent Defendant in the above captioned matter, be granted.

Dated: March 4, 2008
      New York, New York

Respectfully Submitted,

By: _____
    James N. Blair (JB 6745)

Sworn to before me this
4 day of March 2008

_____
Notary Public

JOSEPHINE VITIELLO
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01VI6037595
QUALIFIED IN PUTNAM COUNTY
COMMISSION EXPIRES FEBRUARY 22, 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
MERCK EPROVA AG and MERCK KGaA,

                                                                  08 CV 00035 (RMB)

                Plaintiffs,

                                                                  **ORDER FOR ADMISSION**
    -against-                                                          **PRO HAC VICE**

PROTHERA, INC.,                                          **ON WRITTEN MOTION**

                                    Defendant.
-------------------------------------------------------------------X

Upon the motion of James N. Blair, attorney for Prothera, Inc. and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

|  |  |
|---|---|
| Applicant's Name: | Joshua King |
| Firm Name: | Graybeal Jackson Haley LLP |
| Address: | 155-108th Avenue, NE |
|  | Suite 350 |
|  | Bellevue, WA 98004 |
| Telephone: | 425-455-5575 |
| Facsimile: | 425-455-1046 |

is admitted to practice pro hac vice as counsel for Prothera, Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at www.nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: March ____, 2008
       New York, New York

                                                                     _____
                                                                     United States District/Magistrate Judge

# STATUS CERTIFICATE

This certifies that

# JOSHUA KING

was admitted to the Bar of the State of Washington on November 9, 1992, has been an active member since admission, and has complied with all requirements of the Washington State Bar Association for payment of licensing fees and attendance at continuing legal education programs.

Dated as of February 26, 2008.

*Paula C. Littlewood*
Paula C. Littlewood
Executive Director

Washington State Bar Association
1325 Fourth Avenue, Suite 600
Seattle, WA 98101-2539
206-443-WSBA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MERCK EPROVA AG and MERCK KGaA,

                                08 CV 00035 (RMB)

                    Plaintiffs,

                                **AFFIDAVIT OF SERVICE**

    -against-

PROTHERA, INC.,

                    Defendant.
------------------------------------------------------------------X

STATE OF NEW YORK    )
                                  ) ss:
COUNTY OF NEW YORK  )

    JOSEPHINE VITIELLO, being duly sworn, deposes and says: I am not a party to the action, am over 18 years of age and reside at Carmel, New York.

    On March 4, 2008 I served true copies of the annexed **Motion to Admit Counsel Pr Hac Vice** by mailing the same in sealed envelopes, with first-class postage prepaid thereon, in a post-office or official depository of the U.S. Postal service with in the state of New York, addressed to the last known address of the addressee as indicated below:

                        Robert E. Hanlon
                        Thomas Parker
                        Alston & Bird LLP
                        90 Park Avenue
                        New York, NY 10016

                                          _____
                                         Josephine Vitiello

Sworn to before me this
____ day of March 2008

_____
Notary Public

JAMES N. BLAIR
Notary Public, State of New York
No. 02BL4775853
Qualified in New York County
Commission Expires July 31, 2010