Case 1:08-cv-00035-RMB    Document 0    Filed 03/04/2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: **3/7/08**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MERCK EPROVA AG and MERCK KGaA,

                              Plaintiffs,

              -against-

PROTHERA, INC.,

                             Defendant.
------------------------------------------------------------------X

08 CV 00035 (RMB)

**ORDER FOR ADMISSION**
**PRO HAC VICE**
**ON WRITTEN MOTION**

Upon the motion of James N. Blair, attorney for Prothera, Inc. and said sponsor attorney's

affidavit in support;

IT IS HEREBY ORDERED that

| | |
|---|---|
| Applicant's Name: | Joshua King |
| Firm Name: | Graybeal Jackson Haley LLP |
| Address: | 155-108th Avenue, NE |
| | Suite 350 |
| | Bellevue, WA  98004 |
| Telephone: | 425-455-5575 |
| Facsimile: | 425-455-1046 |

is admitted to practice pro hac vice as counsel for Prothera, Inc. in the above captioned

case in the United States District Court for the Southern District of New York. All

attorneys appearing before this Court are subject to the Local Rules of this Court,

including the Rules governing discipline of attorneys. If this action is assigned to the

Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF

password at www.nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the

Clerk of Court.

Dated: March **7**__, 2008
      New York, New York

_RMB_

_____
United States District ~~Magistrate~~ Judge