```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/14/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MERCK EPROVA AG

        Plaintiff(s),

     - v -

PROTHERA, INC.

        Defendant(s).
------------------------------------------------------------X

**Case Management Plan**

08 CV. 35 (RMB)

The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i)    Joinder of additional parties by __3/31/08__

(ii)   Amend the pleadings by __3/31/08__

(iii)  All discovery to be **expeditiously** completed by __7/15/08__

(iv)  Consent to Proceed before Magistrate Judge _____

(v)   Status of settlement discussions __with principals on 7/16/08 @ 9:15AM__

**Sections vi through xi will be set at conference with the Court.**

(vi)   Motions _____

(vii)  Oral Argument _____

(viii) Joint Pre-Trial Order to be submitted by _____

(ix)   Final Pre-Trial Conference _____

(x)    Trial _____

(xi)   Other _____

**SO ORDERED:** New York, New York
               __3/14/08__

RMB
Hon. Richard M. Berman, U.S.D.J.