UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

MERCK EPROVA AG and MERCK KGaA,

                       Plaintiffs,

      -against-

PROTHERA, INC.,

                       Defendant.
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/10/08

ORDER OF REFERENCE TO
A MAGISTRATE JUDGE

08 CIVIL 0035 (RMB) (JCF)

    The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

__X__ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

_____ Specific Non-Dispositive Motion/Dispute:*

_____ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:

_____ Settlement*

_____ Inquest After Default/Damages Hearing

_____ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

_____ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose: _____

_____ Habeas Corpus

_____ Social Security

_____ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion: _____
All Such Motions: _____

\* Do not check if already referred for general pretrial.

**SO ORDERED.**

Dated: New York, New York
       July 10, 2008



_____
RICHARD M. BERMAN, U.S.D.J.