UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **MERCK EPROVA AG and MERCK KGaA**<br><br>**Plaintiffs/Counterdefendants,**<br><br>-vs.-<br><br>**PROTHERA, INC.,**<br><br>**Defendant/Counterclaimant.** | **Case No.: 08 CV 00035**<br><br>**Notice of Appearance** |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for ProThera, Inc., Defendant and Counterclaimant. I certify that I am admitted to practice in this court having previously been admitted pro hac vice as counsel for ProThera, Inc., by order of this Court on March 7, 2008.

Date: July 14, 2008_____      Signature: /s/ Joshua King_____

                                                    Joshua King          WSBA Bar No. 22244
                                                    Name                      Bar No.

                                                    Graybeal Jackson Haley LLP
                                                    108thAvenue NE, Suite 350
                                                    Address

                                                    Bellevue,        WA           98004
                                                    City              State         Zip Code

                                                    425-455-5575              425-455- 1046
                                                    Phone Number            Fax Number

/////

/////

/////

**CERTIFICATE OF SERVICE**

I hereby certify that on July 14, 2008, I caused the foregoing document, **NOTICE OF APPEARANCE of Joshua King**, to be served on Plaintiffs/Counterclaimants Merck EPROVA AG and Merck KGaA by serving said document by e-mail on the attorneys for Plaintiff/Counterclaimant, at their e-mail addresses listed below.

>Robert E. Hanlon
>Thomas J. Parker
>Vickie Ford
>Alston & Bird LLP
>90 Park Avenue
>New York, New York 10016
>Tel: 212-210-9400
>Fax: 212-210-9444
>robert.hanlon@alston.com
>thomas.parker@alston.com
>vickie.ford@alston.com

>By /s/Rosanne F. Chow
>Rosanne F. Chow
>Assistant to Joshua King
>155 – 108th Avenue NE, Suite 350
>Bellevue, WA 98004-5973
>Telephone: (425) 455-5575
>Facsimile: (425) 455-1046
>E-mail: rchow@graybeal.com