UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -:
MERCK EPROVA AG and MERCK KgaA,  : 08 Civ. 0035 (RMB) (JCF)
                                 :
                Plaintiffs,      :        O R D E R
                                 :
      - against -                :
                                 :
PROTHERA, INC.,                  :
                                 :
                Defendant.       :
- - - - - - - - - - - - - - - - - - -:
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

A pretrial conference having been held on July 30, 2008, it is hereby ORDERED as follows:

1. The deadline for completion of fact discovery is extended to September 30, 2008.

2. The parties shall exchange initial expert reports by November 14, 2008.

3. The parties shall exchange rebuttal expert reports by December 10, 2008.

4. All expert discovery shall be completed by January 15, 2009.

5. Any dispositive motion shall be filed by February 16, 2009. Counsel shall comply with Judge Berman's individual rules with respect to any pre-motion conference.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/30/2008
```

SO ORDERED:

*James C. Francis IV*

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated: New York, New York
       July 30, 2008


Robert E. Hanlon, Esq.
Thomas J. Parker, Esq.
Victoria Ford, Esq.
Alston & Bird, LLP
90 Park Avenue
New York, New York 10016

James N. Blair, Esq.
Snow Becker Krauss PC
605 Third Avenue
New York, New York 10158

Joshua King, Esq.
Graybeal Jackson Haley LLP
155-108th Avenue, NE
Suite 350
Bellevue, WA 98004