AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern    DISTRICT OF    New York

## APPEARANCE

Case Number: 08 CV 00035 (RMB)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiffs Merck Eprova AG and Merck KGaA

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 8/5/2008 | /s/ Victoria E. Ford |
| Date | Signature |
| | Victoria E. Ford — VF-5701 |
| | Print Name — Bar Number |
| | Alston & Bird LLP, 90 Park Avenue |
| | Address |
| | New York, NY 10016 |
| | City  State  Zip Code |
| | (212) 210-9465   (212) 210-9444 |
| | Phone Number   Fax Number |