```
UNITED STATES DISTRICT COURT                         (ECF)
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -:
MERCK EPROVA AG and MERCK KgaA,      : 08 Civ. 0035 (RMB) (JCF)
                                     :
               Plaintiffs,           :      O R D E R
                                     :
     - against -                     :
                                     :
PROTHERA, INC.,                      :
                                     :
               Defendant.            :
- - - - - - - - - - - - - - - - - - -:
```

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Today I issued a decision on the plaintiffs' motion to disqualify one of the law firms representing the defendant. I filed that decision under seal because of the possibility that it contains information confidential to the parties. By September 28, 2009, the parties shall submit papers identifying what, if any, information they request to be redacted from the version of the decision that will be publicly filed and providing a detailed basis for any such request. These submissions may themselves be filed under seal.

                    SO ORDERED.

                            *[signature: James C. Francis IV]*
                            JAMES C. FRANCIS IV
                            UNITED STATES MAGISTRATE JUDGE

Dated:    New York, New York
          September 17, 2009

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/17/09
```

1

Copies:

Robert E. Hanlon, Esq.
Thomas J. Parker, Esq.
Natalie C. Clayton, Esq.
Rowan E. Morris, Esq.
Victoria E. Spataro, Esq.
Alston & Bird, LLP
90 Park Avenue
New York, New York 10016

Gregory F. Wilson, Esq.
Wilson & Quint, LLP
417 West Plumb Lane
Reno, NV 89509

James N. Blair, Esq.
Snow Becker Krauss PC
605 Third Avenue
New York, New York 10158

Joshua King, Esq.
Graybeal Jackson Haley LLP
155-108th Avenue, NE
Suite 350
Bellevue, WA 98004

Charles J. Raubicheck, Esq.
Nicholas F. Giove, Esq.
Frommer, Lawrence & Haug, LLP
745 Fifth Avenue
New York, New York 10151