# Cowan, Liebowitz & Latman, P.C.

Law Offices

1133 Avenue of the Americas • New York, NY 10036-6799

(212) 790-9200 • www.cll.com • Fax (212) 575-0671

**J. Christopher Jensen**
Direct (212) 790-9204
jcj@cll.com

August 3, 2010

<u>By Hand</u>

Hon. Richard M. Berman
United States District Judge
Southern District of New York
U.S. Courthouse
500 Pearl Street
New York, New York

    Re:    Merck Eprova AG, et ano. v. Prothera, Inc., Civil Action No. 08
           <u>CV 00035 (RMB)(JCF)</u>

Dear Judge Berman:

    We represent the defendant ProThera, Inc. in the above action. Pursuant to the Court's Orders of July 28 and 29, 2010, we are enclosing a courtesy copy of defendant's Response to Plaintiffs' Surreply regarding Defendant's Motion for Partial Summary Judgment and a declaration attaching two exhibits.

    We are serving a copy of these papers on counsel for plaintiffs via ECF.

                                              Sincerely,

                                              J. Christopher Jensen

cc w/o enc.:    Robert Hanlon, Esq. (by First Class Mail)