UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x

MERCK EPROVA AG and MERCK KGaA            :

                Plaintiffs,    :   08 Civ. 35 (RMB)

   -against-                                     :
                                                    **DECLARATION OF**
PROTHERA, INC.,                                 :   **J. CHRISTOPHER JENSEN**

                Defendant.    :

---------------------------------------------------------------- x

        J. Christopher Jensen hereby declares under penalty of perjury the following:

        1.    I am a member of the state bar of New York and am admitted to practice before this Court. I am a partner with Cowan, Liebowitz & Latman, P.C., counsel to Defendant ProThera, Inc., ("ProThera"). I have personal knowledge of all of the following facts and, if called and sworn as a witness, could and would competently testify thereto.

        2.    Attached hereto as Exhibit A is a true and correct copy of the Original Complaint in the action of *Sciele Pharma, Inc. v. Brookstone Pharm., LLC*, 1:09-CV-3283 (Nov. 23, 2009 N.D. Ga.).

        3.    Attached hereto as Exhibit B is a true and correct copy of a selection from the transcript of Volume II of the deposition of Janet Ralston, taken in this action on December 10, 2008.

Dated: New York, New York
       August 3, 2010

                                                                                    */s/ J. Christopher Jensen*
                                                                                    J. CHRISTOPHER JENSEN