UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MERCK EPROVA AG and MERCK KGaA,      :
                                                                       :
                        Plaintiffs,        :
                                                                       :   08 Civ. 35 (RMB) (JCF)
           - against -                          :
                                                                       :   **ADMINISTRATIVE ORDER**
PROTHERA, INC.,                                      :
                                                                       :
                        Defendant.       :
------------------------------------------------------------x

[USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 8/19/10]

The parties are directed to appear before the Court for brief oral argument (5-10 minutes each) on Monday, September 20, 2010, at 9:00 a.m. in Courtroom 21B of the United States Courthouse, New York, New York.

Dated: New York, New York
         August 19, 2010

                                                             _____
                                                             **Richard M. Berman, U.S.D.J.**