USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/20/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MERCK EPROVA AG and MERCK KGaA,

                     Plaintiffs,

          - against -

PROTHERA, INC.,

                     Defendant.
------------------------------------------------------------x

08 Civ. 35 (RMB) (JCF)

**ADMINISTRATIVE ORDER**

       Oral argument, previously scheduled to take place on Wednesday, October 20, 2010, at 9:00 a.m., is hereby vacated.

Dated: New York, New York
       October 19, 2010

                                                                       _RMB_____
                                                       **Richard M. Berman, U.S.D.J.**