```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/23/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MERCK EPROVA AG, et al.,

                    Plaintiffs,

      - against -

PROTHERA, INC.,

                    Defendant.
------------------------------------------------------------x

08 Civ. 35 (RMB)

**ORDER OF DISCONTINUANCE**

Based upon the parties' settlement in principle at the conference held on November 23, 2010, it is hereby

**ORDERED**, that the conference scheduled for January 6, 2011 is vacated; and it is further

**ORDERED**, that the above-entitled action be, and the same hereby is, discontinued; provided, however, that the parties may apply, on or before January 6, 2011 (noon), by letter showing good cause why this action should be restored to the calendar of the undersigned.

Dated: New York, New York
       December 23, 2010

                                              _____
                                              RICHARD M. BERMAN, U.S.D.J.